UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM FLORES,

    Plaintiff,

v.                                                    Case No. 3:22cv22213-RV-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 13, 2023 (doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (doc. 11), which I have reviewed _de novo_.

Having considered the Report and Recommendation, and the objection thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 28th day of February, 2023.


/s/ Roger Vinson                                        /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**